In the Matter of CASSANDRA E. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GRANT E., Appellant. [750 NYS2d 543] —Appeal from an amended order of Family Court, Onondaga County (Hanuszczak, J.), entered February 19, 2002, which granted the amended petition in a proceeding pursuant to Family Ct Act article 10 to adjudicate respondent's child to be neglected and abused.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Onondaga County, Hanuszczak, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.

In the Matter of JONATHAN S., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JEANIE S., Appellant. [750 NYS2d 544] —Appeal from an order of Family Court, Niagara County (Batt, J.), entered November 19, 2001, which, inter alia, terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Niagara County, Batt, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.